UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN LEE LANDON,<br><br>                    Plaintiff,<br><br>    v.<br><br>PLY-GEM WINDOWS,<br><br>                    Defendant. | CASE NO. C23-1747JLR<br><br>ORDER |

On April 17, 2024, Defendant Ply Gem Pacific Windows Corp. ("Ply Gem") filed a notice informing the court that *pro se* Plaintiff Stephen Lee Landon refused to participate in a Federal Rule of Civil Procedure 26(f) conference, as he was ordered to do. (Notice (Dkt. # 25); *see also* 3/28/24 Order (Dkt. # 22) at 1 (setting April 11, 2024 deadline for Rule 26(f) conference).) According to Ply Gem, Mr. Landon refused to participate because he "claimed he wanted to obtain an attorney before moving forward." (Notice at 1.)

//

ORDER - 1

Mr. Landon's desire to hire an attorney does not obviate the obligation to follow court orders, rules, and deadlines. *See, e.g.*, *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381 (9th Cir. 1997) (explaining that "[p]ro se litigants must follow the same rules of procedure that govern other litigants"). Refusal to comply with court orders can result in a finding of civil contempt and sanctions, including dismissal of the case. *See In re Dual-Deck Video Cassette Recorder Antitr. Litig.*, 10 F.3d 693, 695 (9th Cir. 1993) ("Civil contempt in this context consists of a party's disobedience to a specific and definite court order by failure to take all reasonable steps within the party's power to comply."); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal where the plaintiff fails to comply with the Federal Rules of Civil Procedure or a court order).

Mr. Landon is advised that he must abide by court orders, rules, and deadlines regardless of whether he is acting *pro se* or through an attorney. The court will extend its initial deadlines in this instance, as set forth below. The court warns Mr. Landon that failure to comply in the future may result in sanctions, up to and including dismissal of this case.

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/25/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 5/9/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 5/16/2024 |

Dated this 18th day of April, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2